BISHOP, Appellant, v. CITY OF GLOVERSVILLE, Respondent. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by Francis Bishop

against the city of Gloversville. No opinion. Order affirmed, with $10 costs and disbursements.